# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Allen Keller,<br>**Debtor 1**<br><br>Tammy J Keller,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:22–bk–02193–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 17, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 24, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Allen Keller<br>**Debtor 1**<br>Tammy J. Keller<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02193-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, May 24, 2023, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:22-bk-02193-HWV
Middle District of Pennsylvania
Harrisburg
Fri Mar 17 10:33:02 EDT 2023

PA Central Federal Credit Union
959 East Park Drive
Harrisburg, PA 17111-2894

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

CBNA / The Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Credit One Bank, NA
PO Box 98875
Las Vegas, NV 89193-8875

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Members 1st FCU
PO Box 8893
Camp Hill, PA 17001-8893

Members 1st Federal Credit Union
5000 Marketplace Way
Enola, PA 17025-2431

MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118-6051

Midland Mortgage Co.
PO Box 26648
Oklahoma City, OK 73126-0648

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank / Care Credit
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Sam's Club
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Zwicker & Associates, PC
3220 Tillman Drive, Suite 215
Bensalem, PA 19020-2028

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

Robert Allen Keller
126 Old Town Road
Gardners, PA 17324-9084

Tammy J Keller
126 Old Town Road
Gardners, PA 17324-9084

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MIDFIRST BANK | (d)Discover Bank/Discover Products Inc.<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | (d)PA Central Federal Credit Union<br>959 East Park Drive<br>Harrisburg PA 17111-2894 |

| | |
|---|---|
| (d)PA Central Federal Credit Union<br>959 East Park Drive<br>Harrisburg, PA 17111-2894 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    4<br>Total                 31 |