Certificate Number: 12433-PAM-DE-039265425

Bankruptcy Case Number: 22-02193



12433-PAM-DE-039265425

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 22, 2025</u>, at <u>2:16</u> o'clock <u>PM EST</u>, <u>Robert A. Keller</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>January 22, 2025</u>      By:   <u>/s/Lisa Susoev</u>

                                             Name:  <u>Lisa Susoev</u>

                                             Title:   <u>Teacher</u>