Certificate Number: 12433-PAM-DE-039265426

Bankruptcy Case Number: 22-02193



12433-PAM-DE-039265426

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2025, at 2:16 o'clock PM EST, Tammy J. Keller completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 22, 2025          By:   /s/Lisa Susoev

                                  Name:   Lisa Susoev

                                  Title:   Teacher