| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | ROBERT ALLEN KELLER |
| Debtor 2 (Spouse, if filing) | TAMMY J. KELLER |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 22-02193 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** MidFirst Bank

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 4 6

**Property address:** 126 OLD TOWN ROAD
Number    Street

GARDNERS    PA    17324
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,085.46 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,085.46 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,085.46 |

Official Form 410C13-N    Trustee's Notice of Disbursements Made    page 1

# Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

☒ /s/Donna Schott, Funds Manager
Signature

Date 12/ 23/ 2025

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown PA 17036
City / State / ZIP Code

Contact phone ( 717 ) 566 – 6097

Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-02193   **ROBERT ALLEN KELLER**

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK   73

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 8246 - PRE-ARREARS - Old To
ARREARS - 126 OLD TOWN ROAD

|  | | | |
|---|---|---|---|
| Amt Sched: $63,178.00 | Debt: $1,085.46 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $1,085.46 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 12/17/2025 | 2054463 | $61.88 | $0.00 | $61.88 | |
| 520-0 | MIDFIRST BANK | | 11/19/2025 | 2053502 | $147.20 | $0.00 | $147.20 | |
| 520-0 | MIDFIRST BANK | | 10/10/2025 | 2052518 | $154.24 | $0.00 | $154.24 | 10/28/2025 |
| 520-0 | MIDFIRST BANK | | 09/16/2025 | 2051605 | $154.24 | $0.00 | $154.24 | 09/30/2025 |
| 520-0 | MIDFIRST BANK | | 07/22/2025 | 2049674 | $308.48 | $0.00 | $308.48 | 07/31/2025 |
| 520-0 | MIDFIRST BANK | | 06/17/2025 | 2048684 | $147.20 | $0.00 | $147.20 | 06/26/2025 |
| 520-0 | MIDFIRST BANK | | 05/14/2025 | 2047719 | $112.22 | $0.00 | $112.22 | 05/22/2025 |
| | | | | Sub-totals: | $1,085.46 | $0.00 | $1,085.46 | |
| | | | | Grand Total: | $1,085.46 | $0.00 | | |