Fill in this information to identify the case:

Debtor 1        Robert Allen Keller and Tammy J. Keller

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  MIDDLE  District of Pennsylvania
                                                                     (State)

Case number   22-02193 HWV

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

## Part 1: Mortgage Information

**Name of claim holder:**   MidFirst Bank

**Court claim no.** (if known):   12-1

**Last 4 digits** of any number you use to identify the debtor's account: 8246

**Property address:**   126 Old Town Road
Number        Street
Gardners    PA 17324-9084
City                    State          ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response:    $ 1,085.46                .

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:    $ _____.

☒  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response:    $ _____.

# Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 12 / 04 / 2025 |
| ii. | Date next postpetition payment from the debtor is due: | 02 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,048.46 |
| iv. | Unpaid principal balance of the loan: | $ 47,629.41 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 31.32 |
| vi. | Balance of the escrow account: | $ 2253.68 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 111.42 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

# Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew Fissel   Date January 9, 2026
    Signature

Name: Matthew Fissel
First name   Middle name   Last name

Title: Attorney for Secured Creditor

Company: KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 701 Market Street, Suite, 5000
Number   Street

Philadelphia   PA   19196
City   State   ZIP Code

Contact phone (215) 627-1322   Email bkgroup@kmllawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Allen Keller<br>Tammy J. Keller<br>　　　　　　　　　Debtor(s)<br><br>MidFirst Bank<br>　　　　　　　　　Movant<br>　　vs.<br><br>Robert Allen Keller<br>Tammy J. Keller<br>　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　Trustee | BK NO. 22-02193 HWV<br><br>Chapter 13<br><br>Related to Claim No. 12-1 |

## CERTIFICATE OF SERVICE
### RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 12, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Robert Allen Keller
126 Old Town Road
Gardners, PA 17324

Tammy J. Keller
126 Old Town Road
Gardners, PA 17324

<u>Attorney for Debtor(s) (via ECF)</u>
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>January 12, 2026</u>

By: /s/ <u>Matthew Fissel</u>
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com

MIDLAND MORTGAGE
A division of MidFirst Bank

| | | | |
|---|---|---|---|
| Date: | 1/5/2026 | Loan Number: | [redacted] |
| From: | Figures Team | Vendorscape: | 0 |
| Attorney Information: | | | |
| To: | | MANUAL QUOTES @ Fax # | [redacted] |
| Fax: | [redacted] | Speed Dial: | 9 |
| Alt Number: | 0 | | |

If you have any questions, please call (405) 426-1301

**If a HUD Partial Claim notification letter is attached to this payoff, it must be forwarded to the mortgagor along with the payoff quote from your office.**

Attached please find:

**PAYOFF QUOTE, PLEASE READ NOTE**
**Good Through: 1/16/2026**

ATTENTION:

*If this is a SCRA loan, please follow the instructions below regarding adding fees and costs to this payoff;
Otherwise please add all your UNPAID fees/costs that are allowed by State Statute, including any outstanding fees/costs for previous Bankruptcy and/or Foreclosure Action. Remove any expense which are not recoverable.

IF this file is on HOLD in your office, please continue to HOLD until notified to proceed.

**Mortgagor Delivery Instructions**

MFB internal Use Only Rus payoff needed for final cure per mgmt and atty. Send to MQR when completed.

***NOTICE TO ATTORNEYS: IF THIS LOAN IS/WAS RECEIVING INTEREST REDUCTION BENEFITS UNDER THE SCRA THEN TO ENSURE COMPLIANCE WITH APPLICABLE LAW:**

**(1) YOU MUST INCLUDE THE BELOW DISCLOSURE ON ANY DOCUMENT YOU PREPARE USING THIS INFORMATION.**
**(2) YOU MAY NOT ADD ANY ATTORNEY FEES OR COSTS TO THE AMOUNT DUE.**

**CONFIDENTIAL**
The information contained in this facsimile message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via U.S. Postal Service and we will reimburse you for the cost of the telephone call and postage.

Midland Mortgage, A Division of MidFirst Bank
P.O. Box 26648
Oklahoma City, OK 73126-0648

# MIDLAND MORTGAGE
### A division of MidFirst Bank

**PAYOFF STATEMENT QUOTE**
**This quote is intended for Attorney/Client use Only**

The Amounts on this Payoff Statement Quote are subject to final Verification by Midland. Midland reserves the right to adjust these amounts and refuse any funds which are insufficient to pay the loan in full for any reason, including, but not limited to, an error in calculation of the payoff amount; previously dishonored checks; fees incurred after the Issue Date; or additional disbursements of taxes, insurance, or other escrow items made by Midland after the Issue Date.

VendorScape Case #         0

FUNDS DUE FOR ACCOUNT        TAMMY J KELLER

| # | Item | | Amount |
|---|---|---|---|
| | **Expires** | BKR | 1/16/2026 |
| 1 | Principal Balance | | $47,629.41 |
| 2 | Interest To* | 1/5/26 | $31.32 |
| 3 | Prepayment Penalty | | $0.00 |
| 4 | Insurance & Taxes Due | | $0.00 |
| 5 | Insurance & Taxes Credit | | $2,253.68 |
| 6 | Late Charges | | $0.00 |
| 7 | Fees Currently Billed | | $0.00 |
| 8 | P/O Release and Statement Fees | | $77.25 |
| 9 | Anticipated/Estimated Fees** & Incurred but Not Paid Fees*** Included in Payoff | | $86.12 |

| Attorney Fees | $0.00 | Property Preservation | $0.00 |
|---|---|---|---|
| Interest from 1/5/26 To 1/16/26 | $86.12 | Late Charges | $0.00 |
| | | Appraisal | |

| 10 | Deferred Principal Balance Per Loan Modification | $0.00 |
|---|---|---|
| 11 | HUD Partial Claim Subordinate Note | $0.00 |
| 12 | Down Payment Assistance Second Mortgage | $0.00 |
| 13 | *SCRA Assistance Credit | $0.00 |
| 14 | Amount of any Credits | $111.42 |
| 15 | RHS Advance | $0.00 |
| | **Total Due** | **$45,459.00** |

*Interest Calculation Explanation – Interest TO a specific date does NOT include interest for that date. Example: Interest to 1/15/17 does not include interest for 1/15/17.
**Only Interest and Late Charges are Anticipated/Estimated Fees
***Amounts listed under Attorney Fees, Property Preservation & Appraisal are Incurred but Not Paid Fees. Please note due to a script limitation, the Incurred but Not Paid Appraisal charges are not listed in line 9 but are reflected in the total due.

**Disclosure**
***If the loan qualified for benefits under the Servicemember's Civil Relief Act (SCRA) and the interest rate on the loan was normally higher than 6%, the monthly interest amount due has been adjusted to 6%. This adjustment is reflected as a credit on the line entitled SCRA Assistance Credit. If the loan was eligible for SCRA benefits and the amount shown in the SCRA Assistance Credit field is $0.00, this means the interest rate was already lower than or equal to 6%.**