In re:                                                                        Case No. 22-02193-HWV

Robert Allen Keller                                                           Chapter 13

Tammy J Keller
      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: 3180W | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Allen Keller, Tammy J Keller, 126 Old Town Road, Gardners, PA 17324-9084 |
| 5506012 | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 23 2026 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506005 | + | EDI: CITICORP | Feb 23 2026 23:40:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5512185 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2026 18:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5506006 | + | EDI: JPMORGANCHASE | Feb 23 2026 23:39:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5506007 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2026 18:48:43 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5506008 | | EDI: DISCOVER | Feb 23 2026 23:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5506797 | | EDI: DISCOVER | Feb 23 2026 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5506009 | + | EDI: DISCOVERPL | Feb 23 2026 23:40:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5516789 | | EDI: JEFFERSONCAP.COM | Feb 23 2026 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5712130 | + | Email/Text: RASEBN@raslg.com | Feb 23 2026 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5510998 | + | Email/Text: RASEBN@raslg.com | Feb 23 2026 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5506815 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2026 18:48:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5512524 | | Email/Text: Unger@Members1st.org | Feb 23 2026 18:39:05 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5506010 | + | Email/Text: Unger@Members1st.org | Feb 23 2026 18:39:05 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |

| 5516629 | + EDI: AISMIDFIRST | | |
| | | Feb 23 2026 23:40:00 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 5506011 | + EDI: AISMIDFIRST | | |
| | | Feb 23 2026 23:40:00 | Midland Mortgage Co., PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5516941 | EDI: PRA.COM | | |
| | | Feb 23 2026 23:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5506093 | + EDI: PRA.COM | | |
| | | Feb 23 2026 23:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506013 | EDI: SYNC | | |
| | | Feb 23 2026 23:40:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5506014 | EDI: SYNC | | |
| | | Feb 23 2026 23:40:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5506015 | + Email/Text: bkfilings@zwickerpc.com | | |
| | | Feb 23 2026 18:40:00 | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5510945 | * | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5512582 | *+ | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg PA 17111-2894 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bret P Shaffer | |
| | on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com |
| Denise E. Carlon | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | |

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Paul Donald Murphy-Ahles

on behalf of Debtor 1 Robert Allen Keller pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com

Paul Donald Murphy-Ahles

on behalf of Debtor 2 Tammy J Keller pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

| Debtor 1 | Robert Allen Keller | | Social Security number or ITIN | xxx–xx–9517 |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Tammy J Keller | | Social Security number or ITIN | xxx–xx–3692 |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:22–bk–02193–HWV

## Order of Discharge                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Allen Keller                          Tammy J Keller

**By the court:**

2/23/26

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**