United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Robert Allen Keller

Tammy J Keller

Debtors

Case No. 22-02193-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: Mar 17, 2026      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Robert Allen Keller, Tammy J Keller, 126 Old Town Road, Gardners, PA 17324-9084

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Bret P Shaffer

     on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com

Denise E. Carlon

     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos

     ecf_pahu_alt@trustee13.com

Matthew K. Fissel

     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Paul Donald Murphy-Ahles

     on behalf of Debtor 1 Robert Allen Keller pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com

Paul Donald Murphy-Ahles

on behalf of Debtor 2 Tammy J Keller pmurphy@dplglaw.com kgreene@dplglaw.com,rreynolds@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Allen Keller,

Chapter          13

**Debtor 1**

Case No.          1:22−bk−02193−HWV

Tammy J Keller,

**Debtor 2**

Social Security No.:

xxx−xx−9517          xxx−xx−3692

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  March 17, 2026

**fnldec** (01/22)